UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ryan M. Dicke,                                                Case No. 3:20-cv-1745

                 Plaintiff

       v.                                                   MEMORANDUM OPINION
                                                                   AND ORDER

Commissioner of Social Security,

                 Defendant

         Before me is the Report and Recommendation ("R & R") of Magistrate Judge Darrell A. Clay filed on November 19, 2021. (Doc. No. 15). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

         Following review of Judge Clay's R & R, I adopt it in its entirety as the Order of the Court. I agree with Judge Clay's conclusions that the ALJ properly considered all of the evidence when evaluating Plaintiff's residual functional capacity ("RFC") and that the ALJ's RFC determination is supported by substantial evidence. Therefore, the Commissioner's decision is affirmed, and this case is dismissed.

         So Ordered.

                                                                     s/ Jeffrey J. Helmick
                                                                     United States District Judge